UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 18, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| JOENATHAN NELSON, | : | VIOLATIONS: |
| TYRELL JORDAN STEWART, and | : | 18 U.S.C. § 1951 |
| AZRIEL ETHAN ECHAVARRIA, | : | (Conspiracy to Interfere with |
| | : | Interstate Commerce by Robbery) |
| Defendants. | : | 18 U.S.C. § 371 |
| | : | (Conspiracy to Commit Carjacking) |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm by |
| | : | a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | 22 D.C. Code § 2801 |
| | : | (Robbery) |
| | : | 22 D.C. Code §§ 2801, 4502 |
| | : | (Armed Robbery) |
| | : | 22 D.C. Code § 1805 |
| | : | (Aiding and Abetting) |
| | : | 18 U.S.C. § 2312 |
| | : | (Interstate Transportation of a Stolen |
| | : | Vehicle) |
| | : | 18 U.S.C. § 2 |
| | : | (Aiding and Abetting) |

**INDICTMENT**

The Grand Jury charges that:

<u>COUNT ONE</u>

From on or about February 8, 2022, and continuing through at least March 2, 2022, in the District of Columbia and elsewhere, **JOENATHAN NELSON, TYRELL JORDAN STEWART, and AZRIEL ETHAN ECHAVARRIA**, did knowingly and willfully combine,

conspire, confederate, and agree together with other persons both known and unknown to the Grand Jury, to knowingly and unlawfully obstruct, delay, and affect interstate commerce by robbery in violation to Title 18, United States Code, Section 1951, by agreeing to rob and by robbing various commercial establishments, including convenience stores, and commercial employees, each of which were engaged in and which affected interstate commerce.

## Object of the Conspiracy

It was the goal of the conspiracy that the conspirators would acquire money and things of value, by way of robbery, belonging to and in the care, custody, and control, management, and possession of various commercial establishments, including convenience stores, and commercial employees.

## Manner and Means of the Conspiracy

The Defendants and others, both known and unknown to the grand jury, used the following manner and means to accomplish the object of the conspiracy:

1. It was part of the conspiracy that the Defendants would and did play different roles in the conspiracy, and took upon themselves different tasks and participated in the conduct of the conspiracy through various criminal acts. The Defendants wore dark clothing and often wore masks or other clothing over their faces as well as gloves. One or more of the Defendants was armed with a firearm. Some of the actions carried out by the Defendants included, among others, going into commercial establishments with the intent to rob those establishments of money.

2. It was further a part of the conspiracy that the Defendants, both known and unknown to the grand jury, used various vehicles, including stolen vehicles, to facilitate the robberies and/or flee from the establishments after the Defendants robbed or attempted to rob the establishments.

3. It was further a part of the conspiracy that the Defendants would frequently convene at residences in Washington D.C. in advance of committing and/or attempting to commit the robberies at target locations in Maryland. After perpetrating the robberies, the Defendants would return back to Washington D.C., with stolen vehicles and/or proceeds of the robberies.

4. It was further a part of the conspiracy that the Defendants would often rob individuals in conjunction with their robberies of commercial establishments.

5. It was further a part of the conspiracy that the Defendants, both known and unknown to the grand jury, took steps and made efforts to avoid detection by law enforcement authorities.

## Overt Acts in Furtherance of the Conspiracy

1. On or about February 8, 2022, one or more of the Defendants robbed R.P., who was making a delivery on behalf of Canada Dry Potomac Corporation to the 7-Eleven located at 8101 Fenton Street in Silver Spring, Maryland, while armed with one or more firearms.

2. On or about February 20, 2022, one or more of the Defendants entered and robbed the 7-Eleven, located at 3507 University Boulevard West in Kensington, Maryland, while armed with one or more firearms.

3. On or about February 20, 2022, one or more of the Defendants entered and robbed the Food Stop Mini Mart, located at 4820 Boiling Brook Parkway, in Rockville, Maryland, while armed with one or more firearms.

4. On or about March 2, 2022, one or more of the Defendants robbed G.M., who was making a delivery on behalf of Lyon Bakery while located at the intersections of Cameron and Spring Streets in Silver Spring, Maryland, while armed with one or more firearms.

5. On or about March 2, 2022, one or more of the Defendants entered and robbed the 7-Eleven, located at 11406 Georgia Avenue in Silver Spring, Maryland, while armed with one or more firearms.

(**Conspiracy to Interfere with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951)

### COUNT TWO

From on or about February 20, 2022, and continuing through at least March 2, 2022, in the District of Columbia and elsewhere, **JOENATHAN NELSON, TYRELL JORDAN STEWART,** and **AZRIEL ETHAN ECHAVARRIA**, did knowingly and willfully combine, conspire, confederate, and agree together with other persons both known and unknown to the Grand Jury, other to commit the offense of Carjacking, in violation of Title 18, United States Code, Section 2119, by knowingly taking motor vehicles that had been transported, shipped, and received in interstate and foreign commerce from, and in the presence of the operators and/or owners of those vehicles, by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

### Object of the Conspiracy

It was the goal of the conspiracy that the conspirators would acquire motor vehicles from the presence of the owners and/or operators of those motor vehicles by force, violence, and intimidation with the intent to cause death and serious bodily harm.

### Manner and Means of the Conspiracy

The Defendants and others, both known and unknown to the grand jury, used the following manner and means to accomplish the object of the conspiracy:

1. It was part of the conspiracy that the co-conspirators would travel together and identify a vehicle that they wanted to carjack.

4

2. It was part of the conspiracy that the Defendants would and did play different roles in the conspiracy and took upon themselves different tasks and participated in the conduct of the conspiracy through various criminal acts. The Defendants wore dark clothing and often wore masks or other clothing over their faces as well as gloves.

3. It was further a part of the conspiracy that the Defendants would frequently convene at residences in Washington D.C. in advance of committing and/or attempting to commit the carjackings in Maryland. After perpetrating the carjacking, the Defendants would return back to Washington D.C., with stolen vehicles and/or proceeds of the carjacking.

4. It was further part of the conspiracy that a co-conspirator would approach the driver of a targeted vehicle, brandish a firearm, order the driver to either exit or walk away from the vehicle, and take the driver's wallet or other possessions.

5. It was further part of the conspiracy that the co-conspirators, both known and unknown to the grand jury, used various vehicles, including stolen vehicles, to commit additional carjackings.

6. It was further a part of the conspiracy that the Defendants, both known and unknown to the grand jury, took steps and made efforts to avoid detection by law enforcement authorities.

Overt Acts in Furtherance of the Conspiracy

1. On or about February 20, 2022, at approximately 7:08 am, one or more of the Defendants entered the 7-Eleven located at 3507 University Boulevard West, in Kensington, Maryland. After entering the establishment, one or more of the Defendants approached B.P., brandishing handguns, and demanded B.P.'s car keys and other valuables. After one Defendant fired a shot from his weapon, one or more of the Defendants took currency from B.P., along with

the keys to B.P.'s 2017 grey Lexus RX350 bearing Maryland license plate number 7EH9179 that was parked directly in front of the entrance to the 7-Eleven. The Defendants then exited the 7-Eleven and drove away from the establishment in the Lexus RX350.

2. On or about the morning of March 2, 2022, R.S. reported that his grey Dodge Charger had been stolen from his residence on the 5000 block of Jay Street, NE, Washington, D.C.

3. On or about March 2, 2022, at approximately 3:22 am, J.M. entered his 2015 black Audi A6 bearing Maryland license plate number 7CP6618, which was parked at 6065 64th Avenue, Riverdale, Maryland. As J.M. began to exit the parking lot, a grey Dodge Charger blocked him from exiting. One or more of the Defendants exited the Dodge Charger, approached the A6, and pointed handguns at J.M., demanding his wallet and vehicle keys. J.M. complied with this demand, and one or more of the Defendants fled the scene in the Audi A6 and Dodge Charger.

4. Later that same morning, on or about March 2, 2022, the Dodge Charger and the Audi A6 were recovered at 4821 Jay Street NE, Washington D.C.

(**Conspiracy to Commit Carjacking**, in violation of Title 18, United States Code, Section 371)

## COUNT THREE

On or about January 19, 2022, within the District of Columbia, **JOENATHAN NELSON** and **TYRELL JORDAN STEWART,** while armed with one or more firearms, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of Y.O., property of value, that is, a purse and wallet, which belonged to Y.O.

(**Armed Robbery and Aiding and Abetting**, in violation of 22 D.C. Code, Sections 2801, 4502, and 1805 (2001 ed.))

### COUNT FOUR

On or about February 8, 2022, within the District of Columbia and elsewhere, **JOENATHAN NELSON** and **TYRELL JORDAN STEWART**, did unlawfully transport in interstate commerce a stolen motor vehicle, that is, a Toyota Rav-4 bearing Maryland license plate 6EN1913, from the State of Maryland to the District of Columbia, knowing the same to be stolen.

(**Interstate Transportation of a Stolen Motor Vehicle and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2312 and 2)

### COUNT FIVE

On or about February 8, 2022, within the District of Columbia, **JOENATHAN NELSON** and **TYRELL JORDAN STEWART**, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of D.M., property of value, that is, a purse, cell phone, and debit card, which belonged to D.M.

(**Robbery and Aiding and Abetting**, in violation of 22 D.C. Code, Sections 2801 and 1805 (2001 ed.))

### COUNT SIX

On or about February 8, 2022, within the District of Columbia, **JOENATHAN NELSON** and **TYRELL JORDAN STEWART,** while armed with one or more firearms, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of D.A.H., property of value, that is, a wallet, debit and credit cards, and U.S. currency, which belonged to D.A.H.

(**Armed Robbery and Aiding and Abetting**, in violation of 22 D.C. Code, Sections 2801, 4502, and 1805 (2001 ed.))

### COUNT SEVEN

On or about February 18, 2022, within the District of Columbia and elsewhere, **JOENATHAN NELSON** and **TYRELL JORDAN STEWART**, did unlawfully transport in

7

interstate commerce a stolen motor vehicle, that is, a Honda Accord bearing Maryland license plate number 5DZ8108, from the State of Maryland to the District of Columbia, knowing the same to be stolen.

**(Interstate Transportation of a Stolen Motor Vehicle and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2312 and 2)

### COUNT EIGHT

On or about February 18, 2022, within the District of Columbia, **JOENATHAN NELSON** and **TYRELL JORDAN STEWART,** while armed with one or more firearms, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of F.H., property of value, that is, U.S. currency, which belonged to F.H.

**(Armed Robbery and Aiding and Abetting**, in violation of 22 D.C. Code, Sections 2801, 4502, and 1805 (2001 ed.))

### COUNT NINE

On or about February 18, 2022, within the District of Columbia, **JOENATHAN NELSON** and **TYRELL JORDAN STEWART,** while armed with one or more firearms, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of M.E.D.P., property of value, that is, a wallet and credit cards, which belonged to M.E.D.P.

**(Armed Robbery and Aiding and Abetting**, in violation of 22 D.C. Code, Sections 2801, 4502, and 1805 (2001 ed.))

### COUNT TEN

On or about February 18, 2022, within the District of Columbia, **JOENATHAN NELSON** and **TYRELL JORDAN STEWART,** while armed with one or more firearms, by force and

violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of L.G., property of value, that is, a purse, which belonged to L.G.

(**Armed Robbery and Aiding and Abetting**, in violation of 22 D.C. Code, Sections 2801, 4502, and 1805 (2001 ed.))

### COUNT ELEVEN

On or about February 18, 2022, within the District of Columbia, **JOENATHAN NELSON** and **TYRELL JORDAN STEWART,** while armed with one or more firearms, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of C.S., property of value, that is, a cell phone and U.S. currency, which belonged to C.S.

(**Armed Robbery and Aiding and Abetting**, in violation of 22 D.C. Code, Sections 2801, 4502, and 1805 (2001 ed.))

### COUNT TWELVE

On or about February 20, 2022, within the District of Columbia and elsewhere, **JOENATHAN NELSON** and **TYRELL JORDAN STEWART**, did unlawfully transport in interstate commerce a stolen motor vehicle, that is, a Honda Ridgeline bearing Maryland license plate 95225CG, from the State of Maryland to the District of Columbia, knowing the same to be stolen.

(**Interstate Transportation of a Stolen Motor Vehicle and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2312 and 2)

### COUNT THIRTEEN

On or about February 20, 2022, within the District of Columbia and elsewhere, **JOENATHAN NELSON** and **TYRELL JORDAN STEWART**, did unlawfully transport in interstate commerce a stolen motor vehicle, that is, a Lexus RX350 bearing Maryland license plate 7EH9179 from the State of Maryland to the District of Columbia, knowing the same to be stolen.

**(Interstate Transportation of a Stolen Motor Vehicle and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2312 and 2)

## COUNT FOURTEEN

On or about February 20, 2022, within the District of Columbia, **JOENATHAN NELSON, TYRELL JORDAN STEWART**, and **AZRIEL ETHAN ECHAVARRIA,** while armed with one or more firearms, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of J.M., property of value, that is, a wallet, personal identification cards, and U.S. currency, which belonged to J.M.

**(Armed Robbery and Aiding and Abetting**, in violation of 22 D.C. Code, Sections 2801, 4502, and 1805 (2001 ed.))

## COUNT FIFTEEN

On or about February 20, 2022, within the District of Columbia, **JOENATHAN NELSON**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2014CF3010391, did unlawfully and knowingly receive and possess a firearm, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT SIXTEEN

On or about February 20, 2022, within the District of Columbia, **AZRIEL ECHAVARRIA**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Circuit Court for Montgomery County, Maryland, Criminal Case No. 138010C, did unlawfully and knowingly receive and possess a

firearm, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

### COUNT SEVENTEEN

On or about March 1, 2022, within the District of Columbia, **JOENATHAN NELSON** and **AZRIEL ETHAN ECHAVARRIA,** while armed with one or more firearms, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of R.C., property of value, that is, a wallet, which belonged to R.C.

**(Armed Robbery and Aiding and Abetting**, in violation of 22 D.C. Code, Sections 2801, 4502, and 1805 (2001 ed.))

### COUNT EIGHTEEN

On or about March 4, 2022, within the District of Columbia and elsewhere, **JOENATHAN NELSON**, did unlawfully transport in interstate commerce a stolen motor vehicle, that is, an Audi A6 bearing Maryland license plate 06484CG, from the State of Maryland to the District of Columbia, knowing the same to be stolen.

**(Interstate Transportation of a Stolen Motor Vehicle and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2312 and 2)

### COUNT NINETEEN

On or about March 4, 2022, within the District of Columbia, **JOENATHAN NELSON**, while armed with one or more firearms, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of J.B., property of value, that is, a wallet, which belonged to J.B.

**(Armed Robbery and Aiding and Abetting**, in violation of 22 D.C. Code, Sections 2801, 4502, and 1805 (2001 ed.))

## COUNT TWENTY

On or about March 4, 2022, within the District of Columbia, **JOENATHAN NELSON**, while armed with one or more firearms, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of L.G., property of value, that is, a wallet and cell phone, which belonged to L.G.

(**Armed Robbery and Aiding and Abetting**, in violation of 22 D.C. Code, Sections 2801, 4502, and 1805 (2001 ed.))

## COUNT TWENTY-ONE

On or about March 4, 2022, within the District of Columbia, **JOENATHAN NELSON**, while armed with one or more firearms, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of J.S.P., property of value, that is, a wallet, U.S. currency, and car keys, which belonged to J.S.P.

(**Armed Robbery and Aiding and Abetting**, in violation of 22 D.C. Code, Sections 2801, 4502, and 1805 (2001 ed.))

## COUNT TWENTY-TWO

On or about March 4, 2022, within the District of Columbia, **JOENATHAN NELSON**, while armed with one or more firearms, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of S.N.A., property of value, that is, a purse, which belonged to S.N.A.

(**Armed Robbery and Aiding and Abetting**, in violation of 22 D.C. Code, Sections 2801, 4502, and 1805 (2001 ed.))

A TRUE BILL:

FOREPERSON.

Matthew M. Graves/CCW
Attorney of the United States in
and for the District of Columbia